FILED

05 MAY 16 PM 2: 46

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    PLAINTIFF(S)<br><br>                        v.<br><br>JACK GERROTSEN<br><br><br>                                    DEFENDANT(S). | CASE NUMBER:<br><br>05-977M<br>CR 5-466<br><br>**NOTICE OF DELIVERANCE<br>AND RECEIPT OF PASSPORT<br>AND ABSTRACT OF COURT ORDER** |

To:     Office of Passport Policy & Advisory Services
        2100 Pennsylvania Avenue, NW 3rd Floor
        Washington, DC  20037

        Pursuant to Order of Court signed by __Judge Kenton__ in the above-entitled case, Passport Number ▮▮▮▮▮▮▮▮, issued at __Los Angeles Passport Agency__, on __15 JUL/JUI 98__, to the above-named defendant, was surrendered to the custody of the Clerk of Court on __May 16, 2005__ and the defendant is **not** to apply for the issuance of a passport during the pendency of this action.

        The subject passport bears the following additional information regarding the bearer:

Date of Birth: __09 MAY/MAI 36__                  Place of Birth: __MICHIGAN, U.S.A__

                                                  Clerk, U. S. District Court

__May 16, 2005__                                  By __Rosalind Tyus-Simon__
Date                                                  Deputy Clerk

*Distribution of Notice:  Original to Dept. of State;  one copy to file;  one copy to deft. and one copy to be kept with passport.*

---

### RECEIPT

        This will acknowledge receipt of Passport Number _____ previously surrendered to the Clerk of Court pursuant to a prior Order of Court.

        Document used for identification purposes: _____.

_____                                _____
Date                                              Signature of Owner of Passport

*Distribution of Receipt:  Original to case file;  copy to Passport Agency;  copy to defendant, if requested.*

CR-97 (03/04)     **NOTICE OF DELIVERANCE AND RECEIPT OF PASSPORT AND ABSTRACT OF COURT ORDER**